# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rosania, Joseph G. | United States Bankruptcy Court | 03/08/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2015<br>**to**<br>12/31/2016 |

**7. Chambers or Office Address**

United States Bankruptcy Court
United States Custom House
721 19th Street, Room 543
Denver, CO 80202-2508

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director, Officer, Shareholder | Law firm Connolly Rosania and Lofstedt P.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | Receiving fees for legal services from Connolly, Rosania & Lofstedt, P.C. for old cases under shareholder termination agreement effective December 31, 2015 |
| 2. 2015 | Shareholder termination agreement with Connolly, Rosania & Lofstedt, P.C. effective December 31, 2015, received $5,000 for shares of stock in CRL, PC |
| 3. 2015 | Terminated interest in Connolly, Rosania & Lofstedt, P.C. 401(k) effective December 31, 2015 |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosania, Joseph G. | 03/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. varies | Connolly, Rosania & Lofstedt, P.C. law firm | $72,000.00 |
| 2. 02/04/2016 | shares of stock | $5,000.00 |
| 3. 2015 | Connolly, Rosania & Lofstedt, P.C. law firm | $120,000.00 |
| 4. | | |
| 5. 2015 | unable to reach agreement on fixed sum | |
| 6. 2014 | Connolly, Rosania & Lofstdt, P.C. law firm | $120,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | spouse income, Tomato Travel |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosania, Joseph G. | 03/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Di Tech Financial | Mortgages on Tucson Condo | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rosania, Joseph G.** | 03/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Condominium in Tucson, Arizona | E | Rent | M | W | | | | | |
| 2. N.W. Mutual Cash Life Insurance | A | Dividend | L | T | | | | | |
| 3. Allianz Emrg P (AEMPX) | A | Dividend | J | T | | | | | |
| 4. Amer Fds Europacific F2(AEPFX) | A | Dividend | J | T | | | | | |
| 5. American Cap Wrld BD F2(BFWFX) | A | Dividend | J | T | | | | | |
| 6. Hancock Horzn Burknroad (HHUBUX) | A | Dividend | J | T | | | | | |
| 7. Janus Flexible Bond I (JFLEX) | A | Dividend | J | T | | | | | |
| 8. Mainstay Large Cap GRW I (MLAIX) | A | Dividend | J | T | | | | | |
| 9. Morgan Stanley 0% ELN (VSEIX) | A | Dividend | J | T | | | | | |
| 10. Prud Invt 15 High Yld Z (PHYZX) | A | Dividend | J | T | | | | | |
| 11. Spdr S&P 500 Trust ETF (SPY) | A | Dividend | L | T | | | | | |
| 12. SunAmerica Focused Div W (FDSWX) | A | Dividend | J | T | | | | | |
| 13. ING USA Annty & Life Ins. (380789701) | A | Dividend | L | T | | | | | |
| 14. RI Invsco Today CL CX | A | Dividend | K | T | | | | | |
| 15. Scholars CH 529 Cash Reserve Option | A | Dividend | K | T | | | | | |
| 16. 401 k Cash Alternative | A | Dividend | O | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rosania, Joseph G.** | 03/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph G. Rosania**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544